[L. A. No. 2433. In Bank.—April 15, 1910.]

## E. L. DOHENY, Appellant, v. COUNTY OF LOS ANGELES, Respondent.

[L. A. No. 2434. In Bank.—April 15, 1910.]

## E. L. DOHENY, Appellant, v. COUNTY OF LOS ANGELES, Respondent.

Taxation—Shares of Stock in Domestic Corporation—Property Out of State—Cash Value of Shares Assessable.—For the reasons assigned in *Canfield* v. *County of Los Angeles,* (L. A. No. 2432,) *ante,* p. 617, holding that shares of stock in a domestic corporation whose property is situated outside of the state may be assessed at their cash value, without deduction on account of such property, the judgments and orders from which the appeals in the foregoing cases were taken are affirmed.

APPEALS from judgments of the Superior Court of Los Angeles County and from orders denying new trials to the appellant. Walter Bordwell, Judge.

The facts. are the same as those stated in the opinion of the court in L. A. No. 2432, *ante,* p. 617.

Ward Chapman, for Appellant.

J. D. Fredericks, District Attorney, and Hartley Shaw, Chief Deputy District Attorney, for Respondent.

THE COURT.—For the reasons expressed in the opinion of this court in *Canfield* v. *County of Los Angeles, ante,* p. 617, [108 Pac. 705], the judgments and orders from which appeals are taken are affirmed.